UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RONNY LEE WALDRIP<br>B.O.P. # 00775-122 | * * * | CIVIL ACTION NO. 2:17-CV-556<br>SECTION P |
| v. | * * | |
| CALVIN JOHNSON | * * * | JUDGE DONALD E. WALTER |
| | * * * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Rec. Doc. 9) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Ronny Lee Waldrip's petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13 day of December, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE